Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **John A. Russo** | : | Case No. 15−22886−CMB |
| **Mary L. Russo** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 47 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **19th day of January, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                              Case No. 15-22886-CMB
John A. Russo                                                       Chapter 13
Mary L. Russo
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                 Page 1 of 2                  Date Rcvd: Jan 19, 2017
                              Form ID: 309               Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
db/jdb         +John A. Russo,    Mary L. Russo,    216 Euclid Avenue,    Glassport, PA 15045-1331
cr             +Peoples Natural Gas Company, LLC,    375 North Shore Drive,    Suite 600,
                 Pittsburgh, PA 15212-5866
14090342       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
14090348       +NovaCare Rehabilitation,    2550 Mosside Boulevard,    Monroeville, PA 15146-3540
14222042       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14090350       +PNC Bank,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14090351       +PNC Bank NA,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
14090349        Peoples Gas,    P.O. Box 6766,    Pittsburgh, PA 15212-0766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14175766        EDI: GMACFS.COM Jan 20 2017 01:33:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
14090341       +EDI: GMACFS.COM Jan 20 2017 01:33:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
14090343       +EDI: CAPITALONE.COM Jan 20 2017 01:33:00      Capital One,    Attn: Bankruptcy,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14090344       +EDI: CHASE.COM Jan 20 2017 01:33:00      Chase Card,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
14090345       +EDI: CREDPROT.COM Jan 20 2017 01:33:00      Credit Protection Associates,    Attn: Bankruptcy,
                 P.O. Box 802068,    Dallas, TX 75380-2068
14227343       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jan 20 2017 01:45:22      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14090346        E-mail/Text: fnb.bk@fnfg.com Jan 20 2017 01:44:59      First Niagara Bank,    P.O. Box 514,
                 Lockport, NY 14094
14205815        E-mail/Text: fnb.bk@fnfg.com Jan 20 2017 01:44:59      First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,    Lockport NY 14095-0514
14166070       +E-mail/Text: camanagement@mtb.com Jan 20 2017 01:44:15      Lakeview Loan Servicing, LLC,
                 C/O M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
14166069        E-mail/Text: camanagement@mtb.com Jan 20 2017 01:44:15      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
14090347        E-mail/Text: camanagement@mtb.com Jan 20 2017 01:44:15      M&T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Drive,    2nd Floor,    Williamsville, NY 14221
14162310       +EDI: RESURGENT.COM Jan 20 2017 01:33:00      PYOD, LLC its successors and assigns as assignee,
                 of Citibank, N.A.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14090352       +EDI: RMSC.COM Jan 20 2017 01:33:00      Sams Club/GEMB,    Attn: Bankruptcy Dept.,
                 P.O. Box 103104,    Roswell, GA 30076-9104
14090353       +EDI: SEARS.COM Jan 20 2017 01:33:00      Sears/CBNA,    P.O. Box 6282,
                 Sioux Falls, SD 57117-6282
14223522        EDI: RMSC.COM Jan 20 2017 01:33:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Lakeview Loan Servicing, LLC
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel                 Page 2 of 2                 Date Rcvd: Jan 19, 2017
                              Form ID: 309               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brian J. Bleasdale    on behalf of Joint Debtor Mary L. Russo bleasdb@yahoo.com
          Brian J. Bleasdale    on behalf of Debtor John A. Russo bleasdb@yahoo.com
          James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```