**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JOHN A. RUSSO
    MARY L. RUSSO
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-22886

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/11/2015 and confirmed on 02/12/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,196.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,196.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 36.71 | |
|   Trustee Fee | 202.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 239.35 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 3,321.38 | 0.00 | 3,321.38 |
|     Acct: 5694 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 2,048.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 5694 | | | | |
|   ALLY FINANCIAL(*) | 13,922.28 | 836.57 | 280.44 | 1,117.01 |
|     Acct: 5451 | | | | |
|   PNC BANK NA | 6,283.36 | 392.12 | 126.14 | 518.26 |
|     Acct: 9796 | | | | |
| | | | | 4,956.65 |
| **Priority** | | | | |
|   BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN A. RUSSO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BLEASDALE LAW OFFICE PC | 371.00 | 36.71 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 15-22886 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | *** N O N E *** | | | | |
| Unsecured | | | | | |
| | AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2616 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4791 | | | | |
| | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3616 | | | | |
| | CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0767 | | | | |
| | FIRST NIAGARA BANK | 5,186.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 9780 | | | | |
| | PNC BANK NA | 12,823.32 | 0.00 | 0.00 | 0.00 |
| | Acct: 0305 | | | | |
| | SYNCHRONY BANK | 1,132.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 1183 | | | | |
| | PYOD LLC - ASSIGNEE | 1,050.13 | 0.00 | 0.00 | 0.00 |
| | Acct: 8299 | | | | |
| | DUQUESNE LIGHT COMPANY* | 357.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 9448 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PETER J ASHCROFT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 4,956.65 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 22,253.87 | |
| UNSECURED | 20.549.17 | |

Date: 02/13/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com